# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Gino's Rosemont LLC,**<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 20-16080<br><br>Honorable David D. Cleary |
| **Reed Heiligman,** as chapter 7 trustee for Gino's Rosemont LLC,<br><br>Plaintiff,<br>v.<br><br>**Russel Lubliner,**<br><br>Defendant. | Adversary No. 22-00136 |

## STIPULATION OF DISMISSAL

Plaintiff Reed Heiligman, as chapter 7 trustee for Gino's Rosemont LLC and Defendant Russel Lubliner hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the voluntary dismissal of the captioned adversary proceeding, with prejudice, with each party to bear its own costs and attorneys' fees.

{00231719}

Dated: October 10, 2023

**Reed Heiligman,** as chapter 7 trustee for Gino's Rosemont LLC

By: */s/ Ariane Holtschlag*
One of His Attorneys

**Russel Lubliner**

By: _____
One of His Attorneys

Prepared by:
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Email: aholtschlag@wfactorlaw.com

{00231719}
4888-1544-0513, v. 1